Submitted on briefs June 24,
reversed and remanded September 9, 1981

JONES,
*Petitioner,*

*v.*

SANGER,
*Respondent.*

(CA A20719, SC 27919)

632 P2d 1260

Theodore S. Bloom of Bloom, Marandas & Sly, Portland, for petitioner.

Carrell F. Bradley, of Schwenn, Bradley, Batchelor & Brisbee, Hillsboro, contra.

## MEMORANDUM OPINION

This case presents the same questions as that decided by this court in *Whipple v. Howser,* 291 Or 475, 632 P2d 782 (1981). We therefore reverse and remand.